UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ORLANDO CEPEDA SANDOVAL,

    Petitioner,

v.     No. 1:26-CV-029-H

ROBERT CERNA, et al.,

    Respondents.

## JUDGMENT

For the reasons stated in the Court's Order (Dkt. No. 3), it is ordered, adjudged, and decreed that the petition for a writ of habeas corpus (Dkt. No. 1) is denied with prejudice.

The Clerk of the Court is directed to close the case.

So ordered on January 23, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE